IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| THE WAY TRAINING CENTER AND GERARD MORGAN<br>Plaintiffs<br>v.<br><br>THE CITY OF JENNINGS AND HENRY GUINN, in his official and personal capacities<br>Defendants | § § § § § § § § § § |

CIVIL ACTION NO. _____

## VERIFICATION

STATE OF LOUISIANA

PARISH OF CALCASIEU

**BEFORE ME**, undersigned authority, personally came and appeared:

**GERARD MORGAN**

Resident of Crowley, Louisiana

Who, being first duly sworn, did depose and state, based on his personal knowledge:

That he has read the above and foregoing petition and all of the information contained therein is true and correct to the best of his knowledge.

_____
**GERARD MORGAN**

**THUS, DONE AND SIGNED**, before me, a Notary Public, this 7th day of January, 2025, at my office in Lake Charles, Louisiana.

_____
**NOTARY PUBLIC**